UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK RILEY, | Case No. 1:20-cv-00545-DAD-JDP |
| Plaintiff, | ORDER CONSTRUING PLAINTIFF'S MOTION TO DISMISS AS A NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| STUART SHERMAN, *et al.*, | ECF No. 10 |
| Defendants. | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |

On August 14, 2020, plaintiff, proceeding without counsel, filed a motion to dismiss case with prejudice, ECF No. 10, explaining that he does not want to continue to litigate this action and seeks to have his case dismissed. Plaintiff may voluntarily dismiss his case without a court order by filing a notice of dismissal before the opposing party answers his complaint. Fed. R. Civ. P. 41(a)(1)(A)(i). As defendants have not yet appeared in this case, plaintiff's motion is fairly construed as a notice of dismissal under Rule 41. The clerk is directed to close this case.

IT IS SO ORDERED.

Dated:  August 25, 2020

UNITED STATES MAGISTRATE JUDGE

1

1. No. 204.